AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

### APPEARANCE

Case Number: 08mj1069

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS CORONA-RIVERA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/10/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City             State            Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                      Fax Number |